# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00771-CV

**Robert Bullins, Appellant**

**v.**

**Rita Denard, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 12-0847, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On February 13, 2014, this Court sent notice to appellant Robert Bullins that the clerk's record and reporter's record were due in this Court on December 23, 2013, and that notice was received from the district clerk that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that appellant make arrangements for the record and submit a status report. Appellant was notified that his appeal would be dismissed for want of prosecution if he did respond to this Court by February 24, 2014. To date, appellant has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   March 14, 2014